**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**KIMBERLY A SKAGGS**                                                                                    **PLAINTIFF**

**V.**                              **CASE NO. 3:20-CV-18-JM-BD**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                                                      **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.     Procedure for Filing Objections:**

This Recommendation for dismissal has been sent to Judge James M. Moody Jr. Any party may file written objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record.

**II.    Background:**

Plaintiff Kimberly A. Skaggs filed this case, without the help of a lawyer, seeking review of the Commissioner's denial of her application for social security disability benefits. (Doc. No. 2) The Commissioner filed an Answer on April 6, 2020. (Doc. No. 8) A Scheduling Order was entered on April 9, 2020, directing the Plaintiff to file a brief by May 21, 2020. Ms. Skaggs failed to file a brief as instructed.

By Order of June 12, 2020, Ms. Skaggs was directed to file a brief on or before July 13, 2020, if she wished to pursue her case. (Doc. No. 12) Ms. Skaggs has not filed a brief or responded to the Court in any manner. She was warned that failure to comply with the Court's order could result in dismissal of her lawsuit for failure to prosecute.

### III.  Conclusion:

The Court recommends that Ms. Skaggs' lawsuit be DISMISSED, without prejudice, for failure to comply with the Court's order and failure to prosecute her case.

DATED this 14th day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE