## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**KIMBERLY A SKAGGS**                                                                 **PLAINTIFF**

**V.**                          **CASE NO. 3:20-CV-18-JM-BD**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                                    **DEFENDANT**

### ORDER

The Court has reviewed the Recommendation filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. Judgment will be entered accordingly.

Plaintiff's Complaint is hereby DISMISSED, without prejudice, for failure to comply with Court Orders and prosecute her claims.

IT IS SO ORDERED this 3rd day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE