# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KIMBERLY A SKAGGS**                                                    **PLAINTIFF**

**V.**                  **CASE NO. 3:20-CV-18-JM-BD**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                     **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, without prejudice.

DATED this 3rd day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE